UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 26, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11CR00295-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MARLENA COLVIN, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARLENA COLVIN</u>, Case No. _

<u>2:11CR00295-MCE</u> , from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    _X_    Unsecured Appearance Bond in the amount of $25,000, co-signed by

            defendant's sister.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    _X_    (Other) Pretrial release conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _July 26, 2011_ at _2:00 PM_ .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge