**FILED**

July 26, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>v.                                   )<br>                                     )<br>MARLENA COLVIN,                      )<br>                                     )<br>            Defendant.               )<br>_____      ) | Case No. 2:11CR00295-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MARLENA COLVIN, Case No. 2:11CR00295-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

    _X_    Unsecured Appearance Bond in the amount of $25,000, co-signed by defendant's sister.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    _X_    (Other) Pretrial release conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 26, 2011  at  2:00 PM .

By    /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge