```
DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Marlena Colvin
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,      )<br>                              )<br>      v.                      )<br>                              )<br>MARLENA COLVIN                )<br>             Defendant.       )<br>_____) | No. 11-295 MCE<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  October 18, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Marlena Colvin, that the status conference scheduled for September 27, 2012, be vacated and the matter be continued to this Court's criminal calendar on October 18, 2012, at 9:0 a.m, for change of plea.

This continuance is requested by the defense in order to permit further client consultation regarding finalization of the plea agreement and because Defense Counsel currently in a state jury trial.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.

7 The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the October 18, 2012 date, and that
9 Mr. McConkie has authorized Ms. Santos to sign this stipulation on his
10 behalf.

11 **IT IS SO STIPULATED.**

13 Dated: Sept 25, 2012            /S/ Dina L. Santos
                                   DINA L. SANTOS
14                                 Attorney for Defendant
                                   Marlena Colvin

16 Dated: Sept. 25, 2012           /S/ Daniel MCcConkie
                                   Daniel MCConkie
17                                 Assistant United States Attorney
                                   Attorney for Plaintiff

19 **O R D E R**

20 **IT IS SO ORDERED.**

22 Dated: September 28, 2012

                                   _____
24                                 MORRISON C. ENGLAND, JR.
25                                 UNITED STATES DISTRICT JUDGE