1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Marlena Colvin
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  No. 11-295 MCE
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND ORDER VACATING
14     v.                           )  DATE, CONTINUING CASE, AND
                                    )  EXCLUDING TIME
15 MARLENA COLVIN                   )
                Defendant.          )
16                                  )  Date:  October 18, 2012
   _____    )  Time:  9:00 a.m.
17                                  )  Judge: Hon. England

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Dan McConkie, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant Marlena Colvin, that the status

22 conference scheduled for September 27, 2012, be vacated and the matter

23 be continued to this Court's criminal calendar on October 18, 2012, at

24 9:0 a.m, for change of plea.

25     This continuance is requested by the defense in order to permit

26 further client consultation regarding finalization of the plea

27 agreement and because Defense Counsel currently in a state jury trial.

28

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4  ends of justice served in granting the continuance and allowing the
5  defendant further time to prepare outweigh the best interests of the
6  public and the defendant in a speedy trial.

7  The Court is advised that all counsel have conferred about this
8  request, that they have agreed to the October 18, 2012 date, and that
9  Mr. McConkie has authorized Ms. Santos to sign this stipulation on his
10 behalf.

11 **IT IS SO STIPULATED**.

13 Dated: Sept 25, 2012                /S/ Dina L. Santos
                                       DINA L. SANTOS
14                                     Attorney for Defendant
                                       Marlena Colvin

16 Dated: Sept. 25, 2012               /S/ Daniel MCcConkie
                                       Daniel MCConkie
17                                     Assistant United States Attorney
                                       Attorney for Plaintiff

19                              **O R D E R**

20 **IT IS SO ORDERED.**

22  Dated: September 28, 2012

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

Stipulation and Order                  2