DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Marlena Colvin


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-295 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | J&S |
| ) | |
| MARLENA COLVIN ) | Date:  January 24, 2013 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. England |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Marlena Colvin, that the judgment and sentencing date scheduled for January 10, 2013, be vacated and the matter be continued to this Court's criminal calendar on January 24, 2013, at 9:00 a.m.

   The Court is advised that all counsel have conferred about this request, that they have agreed to the January 24, 2013 date, and that Mr. McConkie has authorized Ms. Santos to sign this stipulation on his behalf.

1  **IT IS SO STIPULATED.**

3  Dated: January 8, 2012                    /S/ Dina L. Santos
                                             DINA L. SANTOS
4                                            Attorney for Defendant
                                             Marlena Colvin

6  Dated: January 8, 2012                    /S/ Daniel MCcConkie
                                             Daniel MCConkie
7                                            Assistant United States Attorney
                                             Attorney for Plaintiff

9                              **O R D E R**

10  **IT IS SO ORDERED.**

12  Dated: January 9, 2013

                                             _____
14                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                             UNITED STATES DISTRICT JUDGE

Stipulation and Order                        2